# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3071

_____

JOHN W. DOBBS,

    Appellant,

v.

JULIE L. JONES, Secretary, Florida
Department of Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

January 26, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

John W. Dobbs, pro se, Appellant.

Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.